UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Petitioner,

        v.                                                  Case No. 06-CR-278

JULIUS ARBERRY, et al.,

        Respondent.

_____

**ORDER**

On March 27, 2007, Magistrate Judge Patricia Gorence issued an order adjudicating the non-dispositive pretrial motions filed by various defendants in the case. Thereafter, on April 25, 2007, Magistrate Gorence issued a recommendation that the motion to suppress evidence filed by defendant Julius Arberry be denied. No defendant filed timely objections to either the order or recommendation filed by Magistrate Gorence, and pursuant to Local Rule 72.3 and 28 U.S.C. § 636(b)(1), the court will adopt Magistrate Gorence's order and recommendation in their entirety. *See also United States v. Edwards,* 894 F. Supp. 340, 341 (E.D. Wis. 1995) (holding that in the absence of timely filed objections to the magistrate's recommendation and order, a *de novo* review of issues is not required).

Additionally, to ensure both the orderly and timely adjudication of this multi-defendant case, the court now directs that counsel for the government confer with counsel for each defendant, and, thereafter, file not later than June 1, 2007, a

written status report addressing the likelihood of each defendant resolving his or her case short of trial. Upon receipt of such report, the court will schedule such further proceedings as may be necessary.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Patricia Gorence's Order [Docket # 225] be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Magistrate Judge Patricia Gorence's Recommendation [Docket # 230] be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Julius Arberry's motion to suppress [Docket # 153] be and the same is hereby **DENIED**; and

**IT IS FURTHER ORDERED** that on or before June 1, 2007, the government, in consultation with each defendant's attorney, is to file a detailed status report indicating the likelihood of trial for each defendant.

Dated at Milwaukee, Wisconsin this __23rd__ day of May, 2007.

BY THE COURT:

s/ J. P. Stadtmueller
J. P. Stadtmueller
U.S. District Judge